| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>ADRIAN T. KINSELLA<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

**FILED**

**Sep 18, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ORDER TO UNSEAL SEARCH WARRANTS; |
|---|---|
| 2563 CHUCK YEAGER CIRCLE, SACRAMENTO, CA 95834 | 2:20-SW-0821-CKD |
| 2120 QUAIL RANCH COURT, ELVERTA, CA 95626 | 2:20-SW-0822-CKD |
| 8549 BRISENBOURG WAY, ANTELOPE, CA 95843 | 2:20-SW-0823-CKD |
| WHITE DODGE CHARGER, WITH CALIFORNIA LICENSE PLATE 8JZZ121 AND VIN # 2C3CDXBG0FH840616 | 2:20-SW-0824-CKD |
| 2019 BLUE TESLA, WITH CALIFORNIA LICENSE PLATE 8KPN085 AND VIN #5YJ3E1EA6KF306064 | 2:20-SW-0825-CKD |
| 2011 BLACK CADILLAC ESCALADE, WITH CALIFORNIA LICENSE PLATE 7LET766 AND VIN # 1GYS3CEF8BR201233 | 2:20-SW-0826-CKD |
| 2003 BLACK INFINITY, WITH CALIFORNIA LICENSE PLATE 5HGL992 AND VIN # JNKAY41E83M003481 | 2:20-SW-0827-CKD |
| 2001 BLACK CHEVY CAMARO, WITH CALIFORNIA LICENSE PLATE 8DDN599 AND VIN # 2G1FP22G012125326 | 2:20-SW-0828-CKD |

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS

| | |
|---|---|
| 2007 BLUE CHEVY TAHOE, WITH CALIFORNIA LICENSE PLATE 8DVW037 AND VIN # 1GNFK13057R358147 | 2:20-SW-0829-CKD |

## ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated:  9/18/2020

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS